In the Matter of HAL C. MOORE, Appellant, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles of the State of New York, Respondent.

Submitted February 21, 1955; decided February 22, 1955.

*Jacob K. Javits, Attorney-General (Philip J. Fitzgerald* of counsel), for motion.

*George N. Meyl* opposed.

Motion to dismiss appeal denied and case set down for argument during the third week of the February, 1955, session of the Court of Appeals.